<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 14-1969**

―――――――――――

THE COUNTY OF GRAYSON, VIRGINIA; RICHARD VAUGHN, in his
Official Capacity as Sheriff of Grayson County; THE COUNTY
OF CARROLL, VIRGINIA,

                Plaintiffs – Appellants,

     v.

JOHN T. SPANE; DALE W. SUTPHIN,

                Defendants – Appellees,

     and

RA-TECH SERVICES, INC.,

                Defendant.

―――――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, Chief
District Judge. (7:13-cv-00384-GEC)

―――――――――――

Submitted:  June 19, 2015         Decided:  July 2, 2015

―――――――――――

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Cullen Dennis Seltzer, SANDS ANDERSON PC, Richmond, Virginia,
for Appellants. Gregory D. Habeeb, Monica Taylor Monday,

Daniel R. Sullivan, GENTRY, LOCKE, RAKES & MOORE, Roanoke, Virginia, for Appellee John T. Spane.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order dismissing their fraud in the inducement claims against John T. Spane and Dale W. Sutphin. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cnty. Of Grayson v. Spane, No. 7:13-cv-00384-GEC (W.D. Va. May 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED